Todd M. Friedman (216752)
Arvin Ratanavongse (257619)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866)633-0228
tfriedman@attorneysforconsumers.com
aratanavongse@toddflaw.com

Attorneys for Plaintiff MIKE ESPOSITO

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MIKE ESPOSITO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**RECEIVABLES PERFORMANCE MANAGEMENT, LLC, AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM**<br><br>**Defendant.** | Case No. 2:15-cv-00166-TLN-EFB<br><br>**NOTICE OF SETTLEMENT** |

   NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.


Respectfully submitted this 6th day of August, 2015.

                        By: /s/Todd M. Friedman
                            TODD M. FRIEDMAN
                            Law Offices of Todd M. Friedman, P.C.
                            Attorney for Plaintiff

Filed electronically on this 6th day of August, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Judge Troy L. Nunley
Eastern District of California

**Sean Patrick Flynn**
Gordon & Rees, LLP
Email: sflynn@gordonrees.com

This 6th day of August, 2015.

/s/Todd M. Friedman
Todd M. Friedman