**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **MIKE ESPOSITO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,** ) | Case No. 2:15-cv-00166-TLN-EFB |
| ) | **ORDER** |
| **Plaintiff,** ) | |
| **vs.** ) | |
| **RECEIVABLES PERFORMANCE MANAGEMENT, LLC, AND DOES 1 THROUGH 10, INCLUSIVE, AND EACH OF THEM** ) | |
| **Defendant.** ) | |

   IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, that  the claims

of Plaintiff Mike Esposito are hereby dismissed with prejudice and the claims of the putative

class members other than Plaintiff are hereby dismissed without prejudice, pursuant to Federal

Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and fees.


Dated:  September 1, 2015



_____
   Troy L. Nunley
   United States District Judge